# In the United States Court of Federal Claims

| | |
|---|---|
| SANFORD HEALTH PLAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>) | No. 19-569C<br>(Filed: January 5, 2022) |

### ORDER

On January 4, 2022, the parties filed a joint status report requesting to continue the stay of proceedings in this case. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **March 4, 2022**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge