# In the United States Court of Federal Claims

| | |
|---|---|
| SANFORD HEALTH PLAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. 19-569C <br> (Filed: March 8, 2022) |

**ORDER**

On March 4, 2022, the parties filed a joint status report requesting a 60-day continuance of the stay of proceedings in this case. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **May 3, 2022**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan<br>
ELAINE D. KAPLAN<br>
Chief Judge