# In the United States Court of Federal Claims

SANFORD HEALTH PLAN,                       )
                                           )
              Plaintiff,                    )
                                           )
                                           )          No.  19-569C
       v.                                   )          (Filed: October 18, 2022)
                                           )
THE UNITED STATES OF AMERICA,               )
                                           )
              Defendant.                    )
                                           )
                                           )
                                           )

## ORDER

On October 17, 2022, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **December 1, 2022**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge