# In the United States Court of Federal Claims

| | |
|---|---|
| SANFORD HEALTH PLAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. 19-569C<br>(Filed: December 2, 2022) |

## ORDER

On December 1, 2022, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **January 17, 2023**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge