# In the United States Court of Federal Claims

|  |  |
|---|---|
| SANFORD HEALTH PLAN,<br><br>                          Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                          Defendant. | No. 19-569C<br>(Filed: October 2, 2023) |

## ORDER

On September 29, 2023, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case. ECF No. 56.  For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **November 28, 2023**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge